UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONDRE CHARLES JACKSON,<br><br>Defendant. | CASE NO: 2:22-CR-0089-TOR<br><br>ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE |

On September 21, 2022, Dondre Charles Jackson appeared before the Court and entered a plea of guilty to Count 6 of the Indictment filed on July 19, 2022, which charges him with False, Fictitious, or Fraudulent Claims, in violation of 18 U.S.C. § 287. The Defendant was represented by Lorinda Youngcourt. Tyler H.L. Tornabene appeared on behalf of the government.

The Court finds that Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and consequences of the plea and the plea of guilty is knowing, and voluntary, is not induced by fear, coercion, or ignorance and is supported by an independent basis in

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 1

fact establishing each of the essential elements of the crime. Therefore, the Defendant's plea of guilty is accepted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. A sentencing hearing is set for **January 5, 2023, at 10:00 a.m.**, in Spokane Courtroom 902. Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) in accordance with LCivR 7, and (3) the motion and supporting declaration are filed at least seven (7) days before the scheduled sentencing hearing.

2. The Defendant shall remain released to pretrial supervision pursuant to the conditions of release previously imposed in this matter. ECF No. 16 . **<u>If a sentence of incarceration is imposed, the Defendant shall be taken into custody at the time of sentencing.</u>**

3. The United States Probation Office shall prepare a Presentence Investigation Report (PSIR) pursuant to Fed. R. Crim. P. 32(c).

4. Not later than **November 25, 2022**, the probation officer shall disclose the Presentence Investigation Report to the Defendant, counsel for Defendant, and the Government. Disclosure of the Presentence Investigation Report shall be subject to the limitations imposed by Rule 32 of the Federal Rules of Criminal Procedure.

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 2

5. Not later than **December 9, 2022**, counsel shall communicate in writing to the probation office (and opposing counsel) any objections they may have as to legal and factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report. If an objection is filed, the probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

6. The probation officer shall submit the final Presentence Investigation Report to the Court by **December 23, 2022**. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon.

7. Not later than **December 23, 2022,** counsel shall file and serve all motions and memoranda pertaining to Defendant's sentence, including departures and variances, and sentencing recommendations. **<u>FAILURE TO FILE AND SERVE SENTENCING MATERIAL, TO INCLUDE MOTIONS OR MEMORANDA FOR UPWARD OR DOWNWARD DEPARTURE AND VARIANCES, BY THIS DATE WILL BE DEEMED A WAIVER OF THE RIGHT TO DO SO.</u>**

8. Not later than **December 30, 2022**, the opposing party shall file and serve its response limited to no more than seven (7) pages.

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 3

9. If either party intends to call witnesses or proffer exhibits at sentencing, witness and exhibit lists must be exchanged by the parties and provided to the Court no later **December 30, 2022**.

10. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

11. The District Court Executive is authorized to accept Defendant's $100 payment which shall be applied to the Special Penalty Assessment.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED September 21, 2022.



THOMAS O. RICE
United States District Judge
ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 4